IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

ORANGEBURG DIVISION

| | | |
|---|---|---|
| United States of America, | ) | C.A. No. 66-cv-00598-HFF |
| Plaintiff, | ) | AND |
| vs. | ) | C.A. No. 70-cv-00563-HFF |
| Calhoun County School District One, | ) | |
| Defendant. | ) | |
| | ) | **CONSENT ORDER** |
| United States of America, | ) | |
| Plaintiff, | ) | |
| vs. | ) | |
| Calhoun County School District Two, | ) | |
| Defendant. | ) | |

The School District of Calhoun County, South Carolina (the "District"), is preparing to begin the 2009-2010 school year, which will be the first year the District operates the Sandy Run School as a K-8 school, and the first year the District occupies its new St. Matthews K-8 School, both as provided or noted in prior orders of this Court. The change in schools operated by the District and the change in the District's attendance zones have made it advisable to revise the Transfer Policy last approved by this Court in its order filed August 1, 2005.

The District and the United States have agreed upon a revised Transfer Policy (attached hereto as Exhibit 1), which the District's Board of Trustees has adopted subject to this Court's approval. The parties desire the new Transfer Policy to take effect immediately.

Having reviewed the materials and being fully advised in the premises:

1. The Transfer Policy attached hereto replaces the Transfer Policy affixed to the order entered August 1, 2005, for purposes of the 2009-2010 school year and beyond.

2. The prior orders of this Court remain in effect, except as modified herein.

AND IT IS SO ORDERED.

                                                 **s/Henry F. Floyd**
                                                 United States District Judge

July 27, 2009

WE CONSENT:

| | |
|---|---|
| United States Attorney<br>W. Walter Wilkins | Loretta King<br>Acting Assistant Attorney General |
| By: /s/ Robert F. Daley, Jr..<br>Robert F. Daley, Jr. Fed. ID # 6460<br>Assistant United States Attorney<br>1st Union Building<br>1441 Main Street, Suite 500<br>Columbia, SC 29201<br>(803) 929-3000 | By: /s/ Allison R. Brown<br>    John R. Moore<br>    Allison R. Brown<br>    U. S. Department of Justice<br>    950 Pennsylvania Ave., N.W.<br>    PHB-4th Floor<br>    Washington, DC 20530<br>    (202) 514-4092<br><br>    Attorneys for the Plaintiff,<br>    the United States of America |
| | By: /s/ Keith R. Powell<br>    William F. Halligan, Fed. I.D. No. 1680<br>    Keith R. Powell, Fed. I.D. No. 10115<br><br>    Childs & Halligan, P.A.<br>    P.O. Box 11367<br>    Columbia, SC 29211<br>    (803) 254-4035<br><br>    Attorney for the Defendant,<br>    Calhoun County School District |